# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, § § § *Plaintiff*, § § v. § § BARCLAYS PLC, ET AL., § § *Defendants*. § § | CIVIL ACTION NO. 2:09-CV-00088-TJW<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff TQP Development, LLC and defendant Amazon.com, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated July 13, 2009, with each party to bear its own costs, expenses and attorneys fees.

AGREED:

| | |
|---|---|
| July 28, 2009 | Respectfully submitted, |
| TQP DEVELOPMENT, LLC | AMAZON.COM, INC. |
| By: /s/ Tyler K. Brochstein | By: /s/ Neil J. McNabnay |
| Marc A. Fenster, CA Bar # 181067<br>E-mail: mfenster@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: 310/826-7474<br>Facsimile: 310/826-6991 | Thomas M. Melsheimer, TX Bar # 13922550<br>E-mail: txm@fr.com<br>Neil J. McNabnay, TX Bar # 24002583<br>E-mail: njm@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: 214/747-5070<br>Facsimile: 214/747-2091 |

| | |
|---|---|
| Harold Kip Glasscock, Jr., TX Bar # 08011000<br>E-mail: kipglasscock@hotmail.com<br>KIP GLASSCOCK, P.C.<br>550 Fannin, Suite 1350<br>Beaumont, Texas 77701<br>Telephone: 409/833-8822<br>Facsimile: 409/838-4666 | Jordan T. Fowles, TX Bar # 24048471<br>E-mail: jtf@fr.com<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 810<br>Austin, TX 78701<br>Telephone: 512/472-5070<br>Facsimile: 512/320-8935 |
| Tyler K. Brochstein, TX Bar # 24059490<br>E-mail: tyler@brochlaw.com<br>BROCHSTEIN LAW FIRM, PLLC<br>2820 McKinnon St., Ste. 4063<br>Dallas, TX 75201<br>Telephone: 713/320-1456<br>Facsimile: 208/460-0603 | **ATTORNEYS FOR AMAZON.COM, INC.** |

**ATTORNEYS FOR PLAINTIFF
TQP DEVELOPMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of July 2009.

/s/ Tyler K. Brochstein
Tyler K. Brochstein