IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>BARCLAYS PLC, et al. | No. 2:09-CV-88-TJW |

## UNOPPOSED MOTION TO WITHDRAWAL AS COUNSEL

Plaintiff TQP Development, LLC moves this Court for an order granting that Todd Y. Brandt be withdrawn from counsel in the above cause as he is no longer employed by Spangler Law P.C. Plaintiff's other counsel remain of record.

Wherefore, premises considered, TQP Development, LLC moves this Court for an order discharging Todd Y. Brandt as its attorney of record and granting such other relief as the court may deem proper. Additionally, the plaintiff requests that Todd Y. Brandt no longer receive cm/ecf notices.

                                                  Respectfully submitted,

Dated:  June 3, 2010                         By:  /s/ Todd Y. Brandt

                                                  Todd Y. Brandt
                                                  State Bar No. 24027051
                                                  Spangler Law P.C.
                                                  208 N. Green St., Suite 300
                                                  Longview, Texas  75601
                                                  Telephone:  (903) 753–9300
                                                  Facsimile:  (903) 553-0403
                                                  Email: brandt@spanglerlawpc.com

                                                  ATTORNEY FOR PLAINTIFF
                                                  TQP DEVELOPMENT, LLC

2

**CERTIFICATE OF SERVICE**

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 3rd day of June, 2010 , with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  June 3, 2010                    /s/Todd Y. Brandt
                                             Todd Y. Brandt