**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BARCLAYS BANK PLC,** *et al.,* )<br>)<br>Defendants. ) | Case No. 2:09-cv-088 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Counsel of Jordan T. Fowles, attorney of record for Defendants BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE, F/K/A JUNIPER FINANCIAL MANAGEMENT, INC.; BARCLAYS ELECTRONIC COMMERCE HOLDINGS INC.; and BARCLAYS CAPITAL INC., and it appearing that such Motion should be GRANTED

IT IS, THEREFORE, ORDERED, that such Motion be, and the same is hereby, GRANTED.

SIGNED this 27th day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE